# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: BOMBER INDUSTRIES, INC. § Case No. 17-19720
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jared Walters, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $134,145.92        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,112.04        Claims Discharged Without Payment: N/A

Total Expenses of Administration: $7,912.09

3) Total gross receipts of $ 9,024.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,024.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $57,118.94 | $1,761.25 | $1,761.25 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,912.09 | 7,912.09 | 7,912.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3.55 | 3.55 | 3.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 343,873.78 | 272,558.17 | 272,558.17 | 1,108.49 |
| **TOTAL DISBURSEMENTS** | $400,992.72 | $282,235.06 | $282,235.06 | $9,024.13 |

4) This case was originally filed under Chapter 7 on October 20, 2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2019       By: /s/Jared Walters
                        Trustee, Bar No.: 32287

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at Wells Fargo, xxxxxx4663 | 1129-000 | 24.13 |
| Sale of assets to secured creditor | 1229-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,024.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -1 | CNC Machine Shop | 4220-000 | 1,652.25 | 1,761.25 | 1,761.25 | 0.00 |
| NOTFILED-1 | Alpine Bank | 4110-000 | 51,570.69 | N/A | N/A | 0.00 |
| NOTFILED-1 | CHTD Company | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | American Express | 4110-000 | 3,896.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | CHTD Company | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Wells Fargo | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | CSC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$57,118.94** | **$1,761.25** | **$1,761.25** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Jared Walters, Chapter 7 Trustee | 2100-000 | N/A | 1,652.41 | 1,652.41 | 1,652.41 |
| Trustee Expenses - Jared Walters, Chapter 7 Trustee | 2200-000 | N/A | 174.49 | 174.49 | 174.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 2.97 | 2.97 | 2.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.49 | 12.49 | 12.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.05 | 12.05 | 12.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.90 | 12.90 | 12.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.45 | 12.45 | 12.45 |
| Other - Lars Johnson & Associates LLC | 3210-000 | N/A | 3,150.00 | 3,150.00 | 3,150.00 |
| Other - Lars Johnson & Associates LLC | 3220-000 | N/A | 183.95 | 183.95 | 183.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.15 | 14.15 | 14.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Dennis & Company, P.C. | 3410-000 | N/A | 2,585.00 | 2,585.00 | 2,585.00 |
| Other - Dennis & Company, P.C. | 3420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,912.09 | $7,912.09 | $7,912.09 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P-1 | U.S. Bankruptcy Court - Internal Revenue Service | 5800-001 | N/A | 3.55 | 3.55 | 3.55 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3.55 | $3.55 | $3.55 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | U.S. Bankruptcy Court - Marshall Moore | 7100-001 | 631.45 | 631.45 | 631.45 | 2.58 |
| 3 -1 | U.S. Bankruptcy Court - FORD MOTOR CREDIT COMPANY LLC | 7100-001 | N/A | 880.24 | 880.24 | 3.59 |
| 4 -1 | Fintan Doyle | 7100-000 | 210,672.00 | 210,672.00 | 210,672.00 | 859.32 |
| 5 -1 | On Deck Capital, Inc. | 7100-000 | N/A | 51,940.32 | 51,940.32 | 211.86 |
| 6U-1 | Internal Revenue Service | 7300-000 | N/A | 801.76 | 801.76 | 0.00 |
| 7 -1 | European Catering | 7100-000 | 5,856.17 | 5,856.17 | 5,856.17 | 23.89 |
| 8 -1 | United States Bankruptcy Court - Charles Karr | 7100-001 | 1,776.23 | 1,776.23 | 1,776.23 | 7.25 |
| NOTFILED-1 | Patrick Dean | 7100-000 | 476.60 | N/A | N/A | 0.00 |
| NOTFILED-1 | On Deck | 7100-000 | 24,620.16 | N/A | N/A | 0.00 |
| NOTFILED-1 | Nancy Kullgren | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Matthew Martin | 7100-000 | 1,607.94 | N/A | N/A | 0.00 |
| NOTFILED-1 | MarkWashko | 7100-000 | 757.96 | N/A | N/A | 0.00 |
| NOTFILED-1 | Marco Forgia | 7100-000 | 346.97 | N/A | N/A | 0.00 |
| NOTFILED-1 | Leardon | 7100-000 | 11,743.20 | N/A | N/A | 0.00 |
| NOTFILED-1 | Mark Falsani | 7100-000 | 598.52 | N/A | N/A | 0.00 |
| NOTFILED-1 | Matthew Krovisky | 7100-000 | 711.84 | N/A | N/A | 0.00 |
| NOTFILED-1 | Paul Kobbe | 7100-000 | 611.81 | N/A | N/A | 0.00 |
| NOTFILED-1 | Renee Mellaard | 7100-000 | 224.30 | N/A | N/A | 0.00 |
| NOTFILED-1 | Troy Zaskowski | 7100-000 | 145.18 | N/A | N/A | 0.00 |
| NOTFILED-1 | Spark R&D | 7100-000 | 707.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | Troy Hogg | 7100-000 | 1,171.55 | N/A | N/A | 0.00 |
| NOTFILED-1 | UPS World Headquarters | 7100-000 | 514.49 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 Kevin Molldrem | 7100-000 | 546.78 | N/A | N/A | 0.00 |
| NOTFILED-1 Yasufumi Yamazaki | 7100-000 | 150.01 | N/A | N/A | 0.00 |
| NOTFILED-1 Seungbeom Lee | 7100-000 | 488.41 | N/A | N/A | 0.00 |
| NOTFILED-1 Ryan Naney | 7100-000 | 414.40 | N/A | N/A | 0.00 |
| NOTFILED-1 Roderick Buenviaje | 7100-000 | 24.91 | N/A | N/A | 0.00 |
| NOTFILED-1 Peyman Majd | 7100-000 | 1,004.70 | N/A | N/A | 0.00 |
| NOTFILED-1 Gwicn Wangxyw | 7100-000 | 178.40 | N/A | N/A | 0.00 |
| NOTFILED-1 Aspen 82 | 7100-000 | 6,874.75 | N/A | N/A | 0.00 |
| NOTFILED-1 Coors Kugeler | 7100-000 | 607.72 | N/A | N/A | 0.00 |
| NOTFILED-1 Blake Vaughan | 7100-000 | 619.60 | N/A | N/A | 0.00 |
| NOTFILED-1 David Brooks | 7100-000 | 629.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Decal Factory | 7100-000 | 1,212.47 | N/A | N/A | 0.00 |
| NOTFILED-1 Kevin Eisenman | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Jeffrey Wright | 7100-000 | 345.95 | N/A | N/A | 0.00 |
| NOTFILED-1 Keith Blanford | 7100-000 | 1,080.06 | N/A | N/A | 0.00 |
| NOTFILED-1 Joseph Marksz | 7100-000 | 1,006.67 | N/A | N/A | 0.00 |
| NOTFILED-1 Infusionsoft | 7100-000 | 632.00 | N/A | N/A | 0.00 |
| NOTFILED-1 FedEx Corporation | 7100-000 | 2,350.27 | N/A | N/A | 0.00 |
| NOTFILED-1 Dominator Wax | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Francis Smith | 7100-000 | 259.95 | N/A | N/A | 0.00 |
| NOTFILED-1 Denver Metal Finishing | 7100-000 | 1,967.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $343,873.78 | $272,558.17 | $272,558.17 | $1,108.49 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-19720  
**Case Name:** BOMBER INDUSTRIES, INC.

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 10/20/17 (f)  
**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 06/25/19

**Claims Bar Date:** 03/02/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account at Alpine Bank, xxxxxx9773 | 0.00 | 0.00 | | 0.00 | FA |
| 2  Online account Account at Pay Pal | 796.16 | 0.00 | | 0.00 | FA |
| 3  Merchant Account at Wells Fargo, xxxxxx6997 | 3,548.59 | 0.00 | | 0.00 | FA |
| 4  Checking Account at Wells Fargo, xxxxxx4663 | 24.13 | 24.13 | | 24.13 | FA |
| 5  Savings Account at Alpine Bank - account in name | 0.00 | 0.00 | | 0.00 | FA |
| 6  Storage unit security deposit | 30.00 | 0.00 | | 0.00 | FA |
| 7  General liability insurance unearned premium - F | 0.00 | 0.00 | | 0.00 | FA |
| 8  Potential causes of action against Fintan Doyle, | 0.00 | 0.00 | | 0.00 | FA |
| 9  NOL, Tax Year 2016 | 19,683.00 | 0.00 | | 0.00 | FA |
| 10  Trade secrets; potentially have other intellectu | 0.00 | 0.00 | | 0.00 | FA |
| 11  www.bomberonline.com; www.forum.bomberonline.com | 0.00 | 0.00 | | 0.00 | FA |
| 12  Goodwill. | 0.00 | 0.00 | | 0.00 | FA |
| 13  Customer and email lists. | 0.00 | 0.00 | | 0.00 | FA |
| 14  Shelving. | 500.00 | 0.00 | | 0.00 | FA |
| 15  Computer and monitor; two VOIP phones; portable | 0.00 | 0.00 | | 0.00 | FA |
| 16  Work in progress: Misc. work in progress. See Ex | 38,352.95 | 0.00 | | 0.00 | FA |
| 17  Finished goods: including aemoTieet. See Exhibit | 71,235.22 | 0.00 | | 0.00 | FA |
| 18  All fixtures for Chick system for all Bomber par | 0.00 | 0.00 | | 0.00 | FA |
| 19  Sale of assets to secured creditor  (u) | 0.00 | 9,000.00 | | 9,000.00 | FA |
| **19  Assets  Totals** (Excluding unknown values) | **$134,170.05** | **$9,024.13** | | **$9,024.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/6/18  TFR prepared; claims reviewed; no clerks fee due; order approving motion to sell property of the estate at doc #34; attorney hired to represent the trustee, attorney paid: accountant hired to prepare tax returns, accountant paid.

12/11 emailed TFr to UST

Printed: 06/25/2019 09:01 PM     V.14.56


Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-19720  
**Case Name:** BOMBER INDUSTRIES, INC.

**Trustee:** (260090) Jared Walters, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 10/20/17 (f)  
**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 06/25/19

**Claims Bar Date:** 03/02/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 8, 2018    **Current Projected Date Of Final Report (TFR):** December 11, 2018  (Actual)

Printed: 06/25/2019 09:01 PM    V.14.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-19720  
**Case Name:** BOMBER INDUSTRIES, INC.

**Taxpayer ID #:** **-***1428  
**Period Ending:** 06/25/19

**Trustee:** Jared Walters, Chapter 7 Trustee (260090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $49,037,481.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/17 | {19} | Alpine Bank | payment for asset purchase | 1229-000 | 9,000.00 | | 9,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 12/07/17 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/07/2017 FOR CASE #17-19720, Bond # 016027974 | 2300-000 | | 2.97 | 8,987.03 |
| 12/22/17 | {4} | Wells Fargo | account balance on filing date | 1129-000 | 24.13 | | 9,011.16 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.49 | 8,998.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 8,984.44 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.05 | 8,972.39 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.90 | 8,959.49 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.45 | 8,947.04 |
| 05/21/18 | 102 | Lars Johnson & Associates LLC | attorney fees and costs per doc. 51 | | | 3,333.95 | 5,613.09 |
| | | | attorney fees            3,150.00 | 3210-000 | | | 5,613.09 |
| | | | attorney costs             183.95 | 3220-000 | | | 5,613.09 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.15 | 5,598.94 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,588.94 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,578.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,568.94 |
| 09/21/18 | 103 | Dennis & Company, P.C. | accountant fees and costs per doc. 56 | | | 2,615.00 | 2,953.94 |
| | | | accountant fees         2,585.00 | 3410-000 | | | 2,953.94 |
| | | | accountant costs            30.00 | 3420-000 | | | 2,953.94 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,948.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,943.94 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,938.94 |
| 01/17/19 | 104 | Fintan Doyle | Dividend paid   0.40% on $210,672.00; Claim# 4 -1; Filed: $210,672.00; Reference: NO # LISTED | 7100-000 | | 859.32 | 2,079.62 |
| 01/17/19 | 105 | On Deck Capital, Inc. | Dividend paid   0.40% on $51,940.32; Claim# 5 -1; Filed: $51,940.32; Reference: 8552 | 7100-000 | | 211.86 | 1,867.76 |
| 01/17/19 | 106 | European Catering | Dividend paid   0.40% on $5,856.17; Claim# 7 -1; Filed: $5,856.17; Reference: 3532 | 7100-000 | | 23.89 | 1,843.87 |
| 01/17/19 | 107 | Charles Karr | Dividend paid   0.40% on $1,776.23; Claim# 8 -1; Filed: $1,776.23; Reference: NO # LISTED Stopped on 05/08/19 | 7100-005 | | 7.25 | 1,836.62 |
| 01/17/19 | 108 | Jared Walters, Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,826.90 | 9.72 |
| | | | Dividend paid 100.00%      1,652.41 | 2100-000 | | | 9.72 |

Subtotals :   $9,024.13   $9,014.41

{} Asset reference(s)

Printed: 06/25/2019 09:01 PM     V.14.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-19720  
**Case Name:** BOMBER INDUSTRIES, INC.

**Taxpayer ID #:** **-***1428  
**Period Ending:** 06/25/19

**Trustee:** Jared Walters, Chapter 7 Trustee (260090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $49,037,481.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,652.41; Claim# ;<br>Filed: $1,652.41 | | | | |
| | | | Dividend paid 100.00%   174.49<br>on $174.49; Claim# ;<br>Filed: $174.49 | 2200-000 | | | 9.72 |
| 01/17/19 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 9.72 | 0.00 |
| | | | Dividend paid 0.40% on   2.58<br>$631.45; Claim# 1 -1;<br>Filed: $631.45;<br>Reference: 1428 | 7100-001 | | | 0.00 |
| | | | Dividend paid 0.40% on   3.59<br>$880.24; Claim# 3 -1;<br>Filed: $880.24;<br>Reference: 5780 | 7100-001 | | | 0.00 |
| | | | Dividend paid 100.00%   3.55<br>on $3.55; Claim# 6P-1;<br>Filed: $3.55; Reference:<br>1428 | 5800-001 | | | 0.00 |
| 05/08/19 | 107 | Charles Karr | Dividend paid 0.40% on $1,776.23; Claim# 8 -1; Filed: $1,776.23; Reference: NO # LISTED Stopped: check issued on 01/17/19 | 7100-005 | | -7.25 | 7.25 |
| 05/08/19 | 110 | United States Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 7100-001 | | 7.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,024.13 | 9,024.13 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,024.13 | 9,024.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,024.13** | **$9,024.13** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******1866 | 9,024.13 | 9,024.13 | 0.00 |
| | **$9,024.13** | **$9,024.13** | **$0.00** |

{} Asset reference(s)